## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| **BLAKE HOWELL**, <br><br> *Plaintiff,* <br><br> v. <br><br> **NEWELL BRANDS INDUSTRIES, LLC** <br> **and SPHERION STAFFING, LLC,** <br><br> *Defendants.* | Civil Case No.: 3:23-cv-000379 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure permits a plaintiff to notice a voluntary dismissal of an action without Court Order before any party serves an Answer or Motion for Summary Judgment. F.R.C.P. 41(a)(1)(A)(i).

Because no party has served an Answer or Motion for Summary Judgment in this matter, Plaintiff, Blake Howell, notices the dismissal of this action without prejudice in order to proceed with his claims against Defendants Newell Brands Industries, LLC and Spherion Staffing, LLC in arbitration.

Respectfully submitted this 2nd day of August 2023.

_____
Francisco E. Mundaca, Esq. (VSB 96073)
THE SPIGGLE LAW FIRM, P.C.
3601 Eisenhower Ave, Suite 425
Alexandria, Virginia 22304
Telephone: (202) 449-8527
Facsimile: (202) 517-9179
E-Mail: fmundaca@spigglelaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 2, 2023, a true copy of the foregoing Notice of Dismissal Without Prejudice was served through the CM/ECF filing portal via electronic transmission to the following:

>Kevin S. Elliker, Esq. (VSB 87498)
>Hunton Andres Kurth, LLP
>Riverfront Plaza East Tower
>951 E. Byrd Street
>Richmond, VA 23219
>Phone: (804) 788-8200
>Fax: (804) 788-8218
>kelliker@huntonak.com

*Attorney for the Defendant*

_____
Counsel